UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRESPYERIAN DELI CORP.,

              Plaintiff,

           v.

UNITED STATES OF AMERICA, and
UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND NUTRITION
SERVICE,

              Defendants.

No. 25-CV-7627 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling issue, the conference in the above captioned matter scheduled for Friday, November 14, 2025 is hereby adjourned to Monday, November 24 at 10:30 a.m.

SO ORDERED.

Dated:    November 13, 2025
            New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge